# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN



GROVER SELLERS

ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion O-5984
Re: Whether sheriffs' fees
for serving subpoenas in
anti-trust cases may be
paid out of Judiciary ap-
propriation.

Your request for advice is as follows:

"I am enclosing an account of Sheriff of
Leon County in the amount of $5.70 represent-
ing his fees for serving subpoenas in an anti-
trust suit.

"I will thank you to advise this depart-
ment whether or not we may issue warrant against
our Judiciary appropriation for the payment of
fees to Sheriff in felony cases in payment of
this claim."

You attach the sheriff's certificate showing the
subpoena was issued by the district clerk of Falls County
and approved by the Honorable Terry Dickens, District Judge
of that county.

Article 7439a, one of the statutes forming the
anti-trust laws of the state, makes provision for the en-
forced attendance of out-of-county witnesses in prosecu-
tions under those laws. The article provides that "in case
the State is the party requesting the personal attendance
of such witnesses, such expenses shall be paid in the same
manner as costs in felony cases."

It follows, therefore, and you are so advised,
that you are authorized by law to pay the sheriff's costs

Honorable George H. Sheppard, page 2

in question out of the judiciary appropriation set aside for the payment of sheriffs' costs in felony cases.

We return herewith the sheriff's certificate.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By ~~Elbert Hooper~~
Elbert Hooper
Assistant

EH:db

Enclosure